# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1212    **Short Title:** New England Fishermen's Stev

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Howard Lutnick; Emily Menares; Samuel Rauch; National Marine Fisheries Service as the

[✔] appellant(s)       [ ] appellee(s)       [ ] amicus curiae

[ ] petitioner(s)      [ ] respondent(s)     [ ] intervenor(s)

/s/ John E. Bies
Signature

March 20, 2025
Date

John E. Bies
Name

U.S. Department of Justice, Environment & Natural Resources Division
Firm Name (if applicable)

202.514.3785
Telephone Number

Appellate Section, Post Office Box No. 7415
Address

Fax Number

Washington, D.C. 20044
City, State, Zip Code

john.bies@usdoj.gov
Email (required)

Court of Appeals Bar Number: 109868

Has this case or any related case previously been on appeal?

[✔] No       [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).