# Nos. 25-1212, 25-1213

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

NEW ENGLAND FISHERMEN'S STEWARDSHIP ASSOCIATION,

*Plaintiff-Appellant / Cross-Appellee,*

JERRY LEEMAN,

*Plaintiff*,

v.

HOWARD LUTNICK, in his official capacity as Secretary of Commerce; NATIONAL MARINE FISHERIES SERVICE; EMILY MENASHES, in her official capacity as Acting Assistant Administrator for Fisheries at NMFS; SAMUEL D. RAUCH, III, in his official capacity as Deputy Assistant Administrator for Regulatory Programs at NMFS,

*Defendants-Appellees / Cross-Appellants.*

On Appeal from the U.S. District Court for the District of Maine
No. 23-cv-339
Hon. John A. Woodcock, Jr., District Judge

## MOTION TO AMEND THE CAPTION

John M. Gore
JONES DAY
51 Louisiana Avenue, NW
Washington, D.C. 20001
(202) 879-3939
jmgore@jonesday.com

*Counsel for Plaintiff-Appellant / Cross-Appellee*
*New England Fishermen's Stewardship Association*

Pursuant to Federal Rule of Appellate Procedure 27(b) and First Circuit Rule 27.0(d), Plaintiff-Appellant / Cross-Appellee New England Fishermen's Stewardship Association (NEFSA) respectfully requests an amendment to the captions in Cases 25-1212 and 25-1213.

On April 1, 2025, the Clerk ordered the parties to proceed under Federal Rule of Appellate Procedure 28.1 and to use the caption above in all filings related to these cases. Doc. No. 00118267033. The caption identifies Jerry Leeman as "Plaintiff." Mr. Leeman was terminated as a party to this action in the U.S. District Court for the District of Maine on September 22, 2023, because he is not a named plaintiff in the operative Amended Complaint. *See New England Fishermen's Stewardship Ass'n v. Raimondo*, No. 23-cv-339-JAW, ECF No. 13 (D. Me. Sept. 22, 2023). Mr. Leeman was thus not named in the captions of the parties' summary-judgment briefs, or in the District Court's summary-judgment order. *See id.*, ECF No. 59. The District Court's final judgment was likewise limited to NEFSA, the only plaintiff before the District Court. *See id.*, ECF No. 60 (referring to "plaintiff" NEFSA).

For these reasons, and to avoid any confusion, NEFSA respectfully requests an amendment to the captions removing Mr. Leeman's name.

Dated: April 7, 2025

Respectfully submitted,

*/s/ John M. Gore*
John M. Gore
JONES DAY
51 Louisiana Avenue, NW
Washington, D.C. 20001
(202) 879-3939
jmgore@jonesday.com

*Counsel for Plaintiff-Appellant / Cross-Appellee*
*New England Fishermen's Stewardship Association*

## CERTIFICATE OF COMPLIANCE

This motion complies with the length limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 201 words.

Dated:  April 7, 2025

*/s/ John M. Gore*
John M. Gore

*Counsel for Plaintiff-Appellant / Cross-Appellee New England Fishermen's Stewardship Association*

## CERTIFICATE OF SERVICE

I certify that on April 7, 2025, I electronically filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the First Circuit using the CM/ECF system. Counsel for Defendants-Appellees / Cross-Appellants are registered CM/ECF users and will be served by the CM/ECF system.

Dated: April 7, 2025

*/s/ John M. Gore*
John M. Gore

*Counsel for Plaintiff-Appellant / Cross-Appellee New England Fishermen's Stewardship Association*