**Nos. 25-1212, 25-1213**
_____

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT
_____

NEW ENGLAND FISHERMEN'S STEWARDSHIP ASSOCIATION,

*Plaintiff-Appellant / Cross-Appellee*,

JERRY LEEMAN,

*Plaintiff*,

v.

HOWARD LUTNICK, in his official capacity as Secretary of Commerce; NATIONAL MARINE FISHERIES SERVICE; EMILY MENASHES, in her official capacity as Acting Assistant Administrator for Fisheries at NMFS; SAMUEL D. RAUCH, III, in his official capacity as Deputy Assistant Administrator for Regulatory Programs at NMFS,

*Defendants-Appellees / Cross-Appellants*.
_____

On Appeal from the U.S. District Court for the District of Maine
No. 23-cv-339
Hon. John A. Woodcock, Jr., District Judge
_____

**MOTION TO EXTEND THE TIME TO FILE PRINCIPAL BRIEF**
_____

John M. Gore
JONES DAY
51 Louisiana Avenue, NW
Washington, D.C. 20001
(202) 879-3939
jmgore@jonesday.com

*Counsel for Plaintiff-Appellant / Cross-Appellee*
*New England Fishermen's Stewardship Association*

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and First Circuit Rule 27.0(d), Plaintiff-Appellant/Cross-Appellee New England Fishermen's Stewardship Association (NEFSA) respectfully requests a 21-day extension of the time, from May 14, 2025 to June 4, 2025, to file its principal brief in cases 25-1212 and 25-1213. Defendant-Appellees/Cross-Appellants consent to this request.

Good cause exists for this request because NEFSA's lead appellate counsel for this case, John Gore, has had several other significant professional obligations in recent weeks, including:

1. Presenting oral argument to the United States Court of Appeals for the Fifth Circuit in *LUPE v. Abbott*, No. 24-50826, on April 30, 2025;

2. Drafting and filing an appellants' brief in the United States Court of Appeals for the Third Circuit in *Eakin v. Adams County Bd. of Election*, No. 25-1644, on May 6, 2025; and

3. Drafting and filing a reply brief in the United States Supreme Court in *Republican National Comm. v. Genser*, No. 24-786, on May 9, 2025.

A 21-day extension would not materially delay this appeal. Plaintiff-Appellant has not sought any previous extensions of the time to file their

1

Principal Brief. Undersigned counsel confirmed with counsel for Defendant-Appellees/Cross-Appellants that they consent to this request.

Accordingly, this Court should grant this motion and extend the time for filing NEFSA's Principal Brief until June 6, 2025.

Dated:  May 6, 2025                          Respectfully submitted,

*/s/ John M. Gore*
John M. Gore
JONES DAY
51 Louisiana Avenue, NW
Washington, D.C. 20001
(202) 879-3939
jmgore@jonesday.com

*Counsel for Plaintiff-Appellant / Cross-Appellee*
*New England Fishermen's Stewardship Association*

## CERTIFICATE OF COMPLIANCE

This motion complies with the length limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 219 words.

Dated:  May 6, 2025                     */s/ John M. Gore*
                                                              John M. Gore

*Counsel for Plaintiff-Appellant / Cross-Appellee New England Fishermen's Stewardship Association*

**CERTIFICATE OF SERVICE**

I certify that on May 6, 2025, I electronically filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the First Circuit using the CM/ECF system. Counsel for Defendants-Appellees / Cross-Appellants are registered CM/ECF users and will be served by the CM/ECF system.

Dated: May 6, 2025

*/s/ John M. Gore*
John M. Gore

*Counsel for Plaintiff-Appellant / Cross-Appellee New England Fishermen's Stewardship Association*