# United States Court of Appeals
## For the First Circuit

Nos. 25-1212
     25-1213

NEW ENGLAND FISHERMEN'S STEWARDSHIP ASSOCIATION,

Plaintiff - Appellant/Cross - Appellee,

JERRY LEEMAN,

Plaintiff,

v.

HOWARD LUTNICK, in their official capacity as Secretary of Commerce; NATIONAL MARINE FISHERIES SERVICE; EMILY MENASHES, in their official capacity as Acting Assistant Administrator for Fisheries at NMFS; SAMUEL D. RAUCH, III, in their official capacity as Deputy Assistant Administrator for Regulatory Programs at NMFS,

Defendants - Appellees/Cross - Appellants.

**ORDER OF COURT**

Entered: May 7, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant/Cross-Appellee New England Fishermen's Stewardship Association to file a principal brief and appendix be enlarged to and including **June 4, 2025**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
John Edward Bies, Louis Joseph Capozzi III, Lindsay Feinberg, John M. Gore, John G. Osborn, John Henry Thompson, Frederick Harter Turner